AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

NONA RAY

v.

CITY OF CHICAGO, ET AL

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 7274

☐   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■   Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that motion to dismiss is granted.  Plaintiff takes nothing from the defendants.

Michael W. Dobbins, Clerk of Court

Date: 10/7/2009

_____
/s/ Donald Walker, Deputy Clerk